# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DELORIS ANN ROUSE**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**5:19-cv-00084 BRW-JTK**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Because Plaintiff no longer wants to pursue this case at this time, her Motion to Dismiss (Doc. No. 16) is GRANTED, and this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE